AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2025
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

WILLIAM FLETCHER

    *Plaintiff*

v.

JEFFREY PERKINS

    *Defendant*

Civil Action No. 2:23-CV-00157-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 47, Petitioner's First Amended Petition under 28 U.S.C. § 2254, ECF No. 20, is DISMISSED with prejudice.
Judgment of Dismissal with Prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 6/11/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
    *(By) Deputy Clerk*

Brian Molony